| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee | |
| In Re:<br><br>Claudette Malapit | Case No.: 08-27522<br><br>Hearing Date: July 23, 2009<br><br>Judge: DONALD H. STECKROTH |

Order Filed on 8/4/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 8/4/2009**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Debtor: Claudette Malapit

Case No. 08-27522

Caption of Order: Order Permitting Debtor to Cure Arrearages to Trustee

---

THIS MATTER having been opened to the Court on July 23, 2009 on notice to Michael G. Boyd, Esq., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

ORDERED, that the Debtor(s) are to pay $2,429.00 to the Trustee's office by August 7, 2009 or the case will be dismissed; and it is further

ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,208.86 starting on September 1, 2009 for the remaining 49 months.

2

*Approved by Judge Novalyn L. Winfield August 04, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: edensmor              Page 1 of 1                  Date Rcvd: Aug 04, 2009
Case: 08-27522                Form ID: pdf903             Total Noticed: 1

The following entities were noticed by first class mail on Aug 06, 2009.
db          +Claudette C. Malapit,   240 South Prospect Avenue,   Bergenfield, NJ 07621-2653

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2009              Signature: _____